**410**

329 So.2d 99
**In re Morris Wayne McCLENDON**

v.

**Judy Ann McCLENDON.**

**Ex parte Morris Wayne McCLENDON.**

**SC 1752.**

Supreme Court of Alabama.

April 2, 1976 .

Thomas E. Davis, Gadsden, for petitioner.

No appearance for respondent.

EMBRY, Justice.

Petition of Morris Wayne McClendon for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *McClendon v. McClendon,* 57 Ala.App. 406, 329 So.2d 96.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

324 So.2d 311
**In re Jerry McDANIEL**

v.

**STATE.**

**Ex parte Jerry McDaniel.**

**SC 1581.**

Supreme Court of Alabama.

Dec. 18, 1975.

Philip P. Nelson, Birmingham, for petitioner.

None for the State.

BLOODWORTH, Justice.

Petition of Jerry McDaniel for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *McDaniel v. State,* 56 Ala.App. 591, 324 So.2d 305.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

329 So.2d 596
**In re Thomas D. McDONALD**

v.

**STATE.**

**Ex parte Thomas D. McDonald.**

**SC 1375.**

Supreme Court of Alabama.

March 9, 1976.

Glenn F. Manning, Huntsville, for petitioner.

William J. Baxley, Atty. Gen., and William M. Bowen, Jr., Asst. Atty. Gen., for the State, respondent.

PER CURIAM.

Petition of Thomas D. McDonald for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *McDonald v. State,* 57 Ala.App. 529, 329 So.2d 583.

WRIT QUASHED AS IMPROVIDENTLY GRANTED.

All the Justices concur except HEFLIN, C. J., not sitting.